© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Eastern District of California

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**McWilliams, Richard Arnold** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**McWilliams, Kristen Ann** |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**dba McWilliams Asphalt** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **5851 / 68-0415656** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **7352** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**4742 Kilkare Ln.**<br>**Chico, CA**<br>ZIPCODE **95973** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**4742 Kilkare Ln.**<br>**Chico, CA**<br>ZIPCODE **95973** |
| County of Residence or of the Principal Place of Business:<br>**Butte** | County of Residence or of the Principal Place of Business:<br>**Butte** |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- ☑ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- ☑ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- ☑ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | Mor... $1 b... |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | Mor... $1 b... |

2010-35783
FILED
June 16, 2010
11:55 AM
RELIEF ORDERED
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002709621

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**McWilliams, Richard Arnold & McWilliams, Kristen Ann** |
|---|---|

<table>
<tr><td colspan="3" align="center"><b>Prior Bankruptcy Case Filed Within Last 8 Years</b> (If more than two, attach additional sheet)</td></tr>
<tr><td>Location<br>Where Filed:<b>None</b></td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>Location<br>Where Filed:</td><td>Case Number:</td><td>Date Filed:</td></tr>
</table>

<table>
<tr><td colspan="3" align="center"><b>Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor</b> (If more than one, attach additional sheet)</td></tr>
<tr><td>Name of Debtor:<br><b>None</b></td><td>Case Number:</td><td>Date Filed:</td></tr>
<tr><td>District:</td><td>Relationship:</td><td>Judge:</td></tr>
</table>

<table>
<tr>
<td>
<p align="center"><b>Exhibit A</b></p>
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>
☐ Exhibit A is attached and made a part of this petition.
</td>
<td>
<p align="center"><b>Exhibit B</b><br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)</p>
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>
X _____  6/16/10<br>
Signature of Attorney for Debtor(s)         Date
</td>
</tr>
</table>

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box.)

    ☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

    ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

    ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

    ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

    ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

    ☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

    ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **McWilliams, Richard Arnold & McWilliams, Kristen Ann** |

<div align="center">

**Signatures**

</div>

## Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X *Richard A. McWilliams*
Signature of Debtor    **Richard Arnold McWilliams**

X *Kristen McWilliams*
Signature of Joint Debtor    **Kristen Ann McWilliams**

**(530) 896-1610**
Telephone Number (If not represented by attorney)

Date

## Signature of Attorney*

X *Douglas B. Jacobs*
Signature of Attorney for Debtor(s)

**Douglas B. Jacobs 084153
Douglas B. Jacobs
Jacobs, Anderson, Potter and Chaplin
20 Independence Circle
Chico, CA 95973
(530) 342-6144  Fax: (530) 342-6310
djacobs@jacobsanderson.com**

*6/16/10*
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

## Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

## Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

## Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that the: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Eastern District of California**

IN RE:                                                                Case No. _____

McWilliams, Richard Arnold                                           Chapter **7** _____
_____
                        Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: _Richard A. McWilliams_

Date: _6/16/10_

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

4

Certificate Number: 01356-CAE-CC-009999949

# CERTIFICATE OF COUNSELING

I CERTIFY that on February 22, 2010 , at 4:26 o'clock PM EST ,

Richard McWilliams received from

Hummingbird Credit Counseling and Education, Inc. ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Eastern District of California , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone .

Date: February 22, 2010          By      /s/Marie Gallina

                                 Name    Marie Gallina

                                 Title   Certified Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. §§ 109(h) and 521(b).

# United States Bankruptcy Court
## Eastern District of California

IN RE:                                   Case No. _____

McWilliams, Kristen Ann                            Chapter **7** _____
               Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case,** I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

     ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

     ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

     ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: *Kristen McWilliams*

Date: *June 18th 2010*

Certificate Number: 01356-CAE-CC-009999950

# CERTIFICATE OF COUNSELING

I CERTIFY that on February 22, 2010 , at 4:26 o'clock PM EST ,

Kristen McWilliams received from

Hummingbird Credit Counseling and Education, Inc. ,

an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the

Eastern District of California , an individual [or group] briefing that complied

with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared . If a debt repayment plan was prepared, a copy of

the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet and telephone .


Date: February 22, 2010          By      /s/Marie Gallina

                                 Name    Marie Gallina

                                 Title   Certified Counselor


* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy
Code are required to file with the United States Bankruptcy Court a completed certificate of
counseling from the nonprofit budget and credit counseling agency that provided the individual
the counseling services and a copy of the debt repayment plan, if any, developed through the
credit counseling agency. See 11 U.S.C. §§ 109(h) and 521(b).

According to the information required to be entered on this statement (check one box as directed in Part I, III, or VI of this statement):

☐ **The presumption arises**

☑ **The presumption does not arise**

☐ **The presumption is temporarily inapplicable.**

In re: <u>McWilliams, Richard Arnold & McWilliams, Kristen Ann</u>
<div align="center">Debtor(s)</div>

Case Number: _____
<div align="center">(If known)</div>

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor, whether or not filing jointly. Unless the exclusion in Line 1C applies, joint debtors may complete a single statement. If the exclusion in Line 1C applies, each joint filer must complete a separate statement.

| Part I. MILITARY AND NON-CONSUMER DEBTORS | |
|---|---|
| 1A | **Disabled Veterans.** If you are a disabled veteran described in the Veteran's Declaration in this Part I, (1) check the box at the beginning of the Veteran's Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Veteran's Declaration.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| 1B | **Non-consumer Debtors.** If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.** Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.<br><br>☐ **Declaration of Reservists and National Guard Members.** By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>    a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>        ☐ I remain on active duty /or/<br>        ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>        OR<br><br>    b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>        ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | **Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION** | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br><br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br><br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br><br>d. ☑ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |

| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br>Debtor's<br>Income | **Column B**<br>Spouse's<br>Income |
|---|---|---|---|
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $ | $          1,028.00 |

| | | | | |
|---|---|---|---|---|
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.** | | | |
| | a. | Gross receipts | $                    6,595.00 | |
| | b. | Ordinary and necessary business expenses | $                    8,796.80 | |
| | c. | Business income | Subtract Line b from Line a | $ |
| | | | | $ |

| | | | | |
|---|---|---|---|---|
| 5 | **Rent and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.** | | | |
| | a. | Gross receipts | $                    3,462.93 | |
| | b. | Ordinary and necessary operating expenses | $ | |
| | c. | Rent and other real property income | Subtract Line b from Line a | |
| | | | $        3,462.93 | $ |

| 6 | **Interest, dividends, and royalties.** | $ | $ |
|---|---|---|---|
| 7 | **Pension and retirement income.** | $ | $ |

| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. | $ | $ |
|---|---|---|---|

| | | | | |
|---|---|---|---|---|
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act     Debtor $ _____     Spouse $ _____ | | $ | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | | | |
|---|---|---|---|
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism. | | |
| | a. | $ | |
| | b. | $ | |
| | Total and enter on Line 10 | $ | $ |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $   3,462.93 | $   1,028.00 |
| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total. If Column B has not been completed, enter the amount from Line 11, Column A. | | $              4,490.93 |

## Part III. APPLICATION OF § 707(B)(7) EXCLUSION

| | | |
|---|---|---|
| 13 | **Annualized Current Monthly Income for § 707(b)(7).** Multiply the amount from Line 12 by the number 12 and enter the result. | $   53,891.16 |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | |
| | a. Enter debtor's state of residence: **California**          b. Enter debtor's household size: __4__ | $   79,194.00 |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed.<br>☑ **The amount on Line 13 is less than or equal to the amount on Line 14.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI, or VII.<br>☐ **The amount on Line 13 is more than the amount on Line 14.** Complete the remaining parts of this statement. | |

## Complete Parts IV, V, VI, and VII of this statement only if required. (See Line 15.)

### Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| | | |
|---|---|---|
| 16 | Enter the amount from Line 12. | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. | |
| | a. | $ | |
| | b. | $ | |
| | c. | $ | |
| | Total and enter on Line 17. | $ |
| 18 | **Current monthly income for § 707(b)(2).** Subtract Line 17 from Line 16 and enter the result. | $ |

### Part V. CALCULATION OF DEDUCTIONS FROM INCOME

#### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| | | |
|---|---|---|
| 19A | **National Standards: food, clothing and other items.** Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the number of members of your household who are under 65 years of age, and enter in Line b2 the number of members of your household who are 65 years of age or older. (The total number of household members must be the same as the number stated in Line 14b.) Multiply Line a1 by Line b1 to obtain a total amount for household members under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for household members 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | |

| **Household members under 65 years of age** | | **Household members 65 years of age or older** | |
| --- | --- | --- | --- |
| a1. | Allowance per member | a2. | Allowance per member |
| b1. | Number of members | b2. | Number of members |
| c1. | Subtotal | c2. | Subtotal |

(Line 19B total) $

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.** Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and household size. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |

| a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
| --- | --- | --- |
| b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| c. | Net mortgage/rental expense | Subtract Line b from Line a |

(Line 20B total) $

| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | $ |

| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.** You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation. Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8. ☐ 0 ☐ 1 ☐ 2 or more. If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for your public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | |
|---|---|
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1   ☐ 2 or more.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** |

| | | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a |

$

| | |
|---|---|
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24. **Do not enter an amount less than zero.** |

| | | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs, Second Car | $ |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a |

$

| | | |
|---|---|---|
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state, and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |
| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare — such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service — such as pagers, call waiting, caller id, special long distance, or internet service — to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

| | **Subpart B: Additional Living Expense Deductions**<br>**Note: Do not include any expenses that you have listed in Lines 19-32** | |
|---|---|---|
| 34 | **Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents. <table><tr><td>a.</td><td>Health Insurance</td><td>$</td></tr><tr><td>b.</td><td>Disability Insurance</td><td>$</td></tr><tr><td>c.</td><td>Health Savings Account</td><td>$</td></tr></table> Total and enter on Line 34<br><br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br><br>$ _____ | $ |
| 35 | **Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses. | $ |
| 36 | **Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court. | $ |
| 37 | **Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 38 | **Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.** | $ |
| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| | Subpart C: Deductions for Debt Payment | |
|---|---|---|

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. | |

| | | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
|---|---|---|---|---|---|
| | a. | | | $ | ☐ yes ☐ no |
| | b. | | | $ | ☐ yes ☐ no |
| | c. | | | $ | ☐ yes ☐ no |
| | | | Total: Add lines a, b and c. | | |

$

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. | |

| | | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
|---|---|---|---|---|
| | a. | | | $ |
| | b. | | | $ |
| | c. | | | $ |
| | | | Total: Add lines a, b and c. | |

$

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. | |

| | a. | Projected average monthly chapter 13 plan payment. | $ |
|---|---|---|---|
| | b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | X |
| | c. | Average monthly administrative expense of chapter 13 case | Total: Multiply Lines a and b |

$

| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |

| | Subpart D: Total Deductions from Income | |
|---|---|---|

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

## Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| | | |
|---|---|---|
| 48 | **Enter the amount from Line 18 (Current monthly income for § 707(b)(2))** | $ |
| 49 | **Enter the amount from Line 47 (Total of all deductions allowed under § 707(b)(2))** | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

| | |
|---|---|
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $7,025*.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $11,725*.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $7,025*, but not more than $11,725*.** Complete the remainder of Part VI (Lines 53 though 55). |

| | | |
|---|---|---|
| 53 | **Enter the amount of your total non-priority unsecured debt** | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |

| | |
|---|---|
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.** Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII. You may also complete Part VII. |

## Part VII. ADDITIONAL EXPENSE CLAIMS

| | |
|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I). If necessary, list additional sources on a separate page. All figures should reflect your average monthly expense for each item. Total the expenses.<br><br><table><tr><td>Expense Description</td><td>Monthly Amount</td></tr><tr><td>a.</td><td>$</td></tr><tr><td>b.</td><td>$</td></tr><tr><td>c.</td><td>$</td></tr><tr><td>Total: Add Lines a, b and c</td><td>$</td></tr></table> |

## Part VIII. VERIFICATION

| | |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct. *(If this a joint case, both debtors must sign.)*<br><br>Date: 6/16/10    Signature: *Richard A. McWilliams* (Debtor)<br><br>Date: 6/16/10    Signature: *Kristin McWilliams* (Joint Debtor, if any) |

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Summary (Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Eastern District of California

IN RE:                                                                    Case No. _____

**McWilliams, Richard Arnold & McWilliams, Kristen Ann** _____    Chapter **7** _____
<center>Debtor(s)</center>

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 762,500.00 | | |
| B - Personal Property | Yes | 3 | $ 33,309.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 1,075,214.25 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 3 | | $ 287,198.04 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 11,437.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | $ 14,423.80 |
| TOTAL | | 15 | $ 795,809.00 | $ 1,362,412.29 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Eastern District of California**

IN RE:                                                                              Case No. _____

McWilliams, Richard Arnold & McWilliams, Kristen Ann _____  Chapter **7** _____
                                   Debtor(s)

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | | Amount |
|---|---|---|
| Domestic Support Obligations (from Schedule E) | $ | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ | 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ | 0.00 |
| Student Loan Obligations (from Schedule F) | $ | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ | 0.00 |
| **TOTAL** | $ | 0.00 |

**State the following:**

| | | |
|---|---|---|
| Average Income (from Schedule I, Line 16) | $ | 11,437.00 |
| Average Expenses (from Schedule J, Line 18) | $ | 14,423.80 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ | 4,490.93 |

**State the following:**

| | | | |
|---|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ | 309,014.25 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ | 0.00 |
| 4. Total from Schedule F | | $ | 287,198.04 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ | 596,212.29 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

2

IN RE <u>McWilliams, Richard Arnold & McWilliams, Kristen Ann</u>      Case No. _____

<div align="center">Debtor(s)                                    (If known)</div>

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Commercial Property**<br>**2520 Cohasset Rd.**<br>**Chico, CA**<br>**Courtesy Motors**<br>**Co Debtor owns 25%** | | C | 362,500.00 | 502,401.25 |
| **Residence located at:  4742 Kilkare Ln. Chico, CA**<br>**3bd 2 ba**<br>**27 acres** | | C | 400,000.00 | 567,813.00 |
| | | | **TOTAL** 762,500.00 | |

<div align="right">(Report also on Summary of Schedules)</div>

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** McWilliams, Richard Arnold & McWilliams, Kristen Ann          Case No. _____
_____
<div align="center">Debtor(s)                                                    (If known)</div>

<div align="center">

## SCHEDULE B - PERSONAL PROPERTY

</div>

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Business Checking Account Bank of America Account No. \*\*\*\*** | C | 700.00 |
|  | | **Personal Checking Account Washington Mutual Bank Account NO. \*\*\*\*** | C | 700.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | **Household goods and furnishings** | C | 2,000.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Clothing** | C | 300.00 |
| 7. Furs and jewelry. | | **Jewelry** | C | 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **Stock:  Tri Counties Bank** | C | 259.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>McWilliams, Richard Arnold & McWilliams, Kristen Ann</u>    Case No. _____
<center>Debtor(s)                    (If known)</center>

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1987 International Bobtail Dumptruck | C | 3,000.00 |
| | | 1990 Ford Truck | C | 1,640.00 |
| | | 1990 Ski Barge | C | 1,500.00 |
| | | 1999 Jeep Wrangler | C | 3,700.00 |
| | | 2002 Toyota Avalon | C | 5,860.00 |
| | | 2003 Ford Flatbed Truck (Lemon Law Buyback) | C | 3,000.00 |
| | | 2004 Polaris Quad | C | 550.00 |
| | | American Horse Trailer | C | 1,500.00 |
| | | Equpment Trailer x2 | C | 2,000.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

<center>4</center>

IN RE <u>McWilliams, Richard Arnold & McWilliams, Kristen Ann</u>        Case No. _____
    <div style="text-align:center">Debtor(s)</div>                              <div style="text-align:center">(If known)</div>

<div style="text-align:center">

## SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)
</div>

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **1950 Water Truck** **Poor Condition** | C | 2,000.00 |
| | | **2005 Slurry Tank** | C | 4,500.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |
| | | | **TOTAL** | **33,309.00** |

<div style="text-align:right">(Include amounts from any continuation sheets attached.)<br>Report total also on Summary of Schedules.)</div>

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

<u>    **0**    </u> continuation sheets attached

IN RE McWilliams, Richard Arnold & McWilliams, Kristen Ann    Case No. _____
<div align="center">Debtor(s)                                    (If known)</div>

<div align="center">

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

</div>

Debtor elects the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Personal Checking Account Washington Mutual Bank Account NO. \*\*\*\*** | CCCP § 703.140(b)(5) | 700.00 | 700.00 |
| **Household goods and furnishings** | CCCP § 703.140(b)(3) | 2,000.00 | 2,000.00 |
| **Clothing** | CCCP § 703.140(b)(3) | 300.00 | 300.00 |
| **Jewelry** | CCCP § 703.140(b)(4) | 100.00 | 100.00 |
| **Stock:  Tri Counties Bank** | CCCP § 703.140(b)(5) | 259.00 | 259.00 |
| **1987 International Bobtail Dumptruck** | CCCP § 703.140(b)(5) | 3,000.00 | 3,000.00 |
| **1990 Ford Truck** | CCCP § 703.140(b)(5) | 1,640.00 | 1,640.00 |
| **1990 Ski Barge** | CCCP § 703.140(b)(5) | 1,500.00 | 1,500.00 |
| **2002 Toyota Avalon** | CCCP § 703.140(b)(2) CCCP § 703.140(b)(5) | 3,525.00 2,335.00 | 5,860.00 |
| **2003 Ford Flatbed Truck (Lemon Law Buyback)** | CCCP § 703.140(b)(5) | 3,000.00 | 3,000.00 |
| **2004 Polaris Quad** | CCCP § 703.140(b)(5) | 550.00 | 550.00 |
| **American Horse Trailer** | CCCP § 703.140(b)(5) | 1,500.00 | 1,500.00 |
| **Equpment Trailer x2** | CCCP § 703.140(b)(5) | 2,000.00 | 2,000.00 |
| **1950 Water Truck Poor Condition** | CCCP § 703.140(b)(5) | 2,000.00 | 2,000.00 |
| **2005 Slurry Tank** | CCCP § 703.140(b)(6) CCCP § 703.140(b)(5) | 2,200.00 2,300.00 | 4,500.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

IN RE <u>McWilliams, Richard Arnold & McWilliams, Kristen Ann</u>          Case No. _____

                           Debtor(s)                                                  (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1931**<br><br>**Bank Of America**<br>**PO Box 15028**<br>**Wilmington, DE 19850-5028** | | C | **mortgage on residence**<br><br><br>VALUE $ **400,000.00** | | | | 275,000.00 | |
| ACCOUNT NO. **6299**<br><br>**Bank of America**<br>**PO Box 15026**<br>**Wilmington, DE 19850** | | C | **2nd mortgage on residence**<br><br><br>VALUE $ **400,000.00** | | | | 292,813.00 | 167,813.00 |
| ACCOUNT NO. **unknown**<br><br>**Sierra Central Credit Union**<br>**820 Plaza Way**<br>**Yuba City, CA 95991** | | C | **Jeep Cherokee**<br><br><br>VALUE $ **3,700.00** | | | | 5,000.00 | 1,300.00 |
| ACCOUNT NO. **5460**<br><br>**Tri Counties Bank**<br>**PO Box 909**<br>**Chico, CA 95927** | | C | **25% of mortgage for commercial property (Courtesy Motors)**<br><br>VALUE $ **362,500.00** | | | | 502,401.25 | 139,901.25 |

    <u>   **0**   </u> continuation sheets attached

|  | Subtotal<br>(Total of this page) | $ 1,075,214.25 | $ 309,014.25 |
|---|---|---|---|
|  | Total<br>(Use only on last page) | $ 1,075,214.25 | $ 309,014.25 |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** McWilliams, Richard Arnold & McWilliams, Kristen Ann      Case No. _____
<br>
                   Debtor(s)                                                        (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **0** continuation sheets attached

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE McWilliams, Richard Arnold & McWilliams, Kristen Ann     Case No. _____
<br>Debtor(s)                                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1406**<br><br>**Bank Of America<br>PO Box 15028<br>Wilmington, DE  19850-5028** | | C | **unsecured debt** | | | | **43,419.00** |
| ACCOUNT NO. **5596**<br><br>**Butte Community Bank<br>1360 East Lassen Ave<br>Chico, CA  95973** | | C | **foreclosed commerical property located at:<br>690 Main Street, Chester, CA** | | | | **unknown** |
| ACCOUNT NO. **6833**<br><br>**Chase Bank<br>Card Member Services<br>PO Box 94014<br>Paladine, IL  60094** | | C | **charge account** | | | | **23,561.00** |
| ACCOUNT NO. **1330**<br><br>**Chester Public Utility District<br>PO Box 503<br>Chester, CA  96020** | | C | **service debt** | | | | **90.00** |
| **2** continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | $ **67,070.00** |
| | | | Total<br>(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | | | $ |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>McWilliams, Richard Arnold & McWilliams, Kristen Ann</u>          Case No. _____
<div align="center">Debtor(s)                                             (If known)</div>

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **7-000**<br>**Count Of Plumas Property Taxes**<br>**PO Box 176**<br>**Quincy, CA 95971** | C | | past due property taxes on foreclosed property | | | | **19,585.04** |
| ACCOUNT NO. **8529**<br>**Dish Network**<br>**Dept. 0063**<br>**Palatine, IL 60055-0063** | C | | service debt | | | | **unknown** |
| ACCOUNT NO. **13-01**<br>**Golden One Credit Union**<br>**PO Box 15966**<br>**Sacramento, CA 95852** | C | | repossed vehicle | | | | **20,000.00** |
| ACCOUNT NO. **McWilliams**<br>**Harley Leighty Construction**<br>**C/O Ray Sandalman**<br>**3075 Cohasset Rd. Suite 1**<br>**Chico, CA 95973** | C | | | | | | **42,700.00** |
| ACCOUNT NO. **McWilliams**<br>**Hupp Neon Sign**<br>**70 Loren Ave**<br>**Chico, CA 95928** | C | | unsecured debt | | | | **52,971.00** |
| ACCOUNT NO. **McWilliams**<br>**Jeff Carter**<br>**PO Box 3606**<br>**Chico, CA 95927** | C | | unsecured debt | | | | **4,949.00** |
| ACCOUNT NO. **mcwilliams asphalt**<br>**Jeffs Truck Service**<br>**13514 Highway 99**<br>**Chico, CA 95973** | C | | unsecured debt | | | | **unknown** |

Sheet no. ___**1**___ of ___**2**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

<div align="right">
Subtotal<br>
(Total of this page)   $ **140,205.04**
</div>

<div align="right">
Total<br>
(Use only on last page of the completed Schedule F. Report also on<br>
the Summary of Schedules, and if applicable, on the Statistical<br>
Summary of Certain Liabilities and Related Data.)   $
</div>

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** McWilliams, Richard Arnold & McWilliams, Kristen Ann                    Case No. _____
                    Debtor(s)                                                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9220** <br><br> **MACYS** <br> **PO Box 6938** <br> **The Lakes, NV 88901** | | C | charge account | | | | 752.00 |
| ACCOUNT NO. **McWilliams** <br><br> **Mark Johnson** <br> **901 Bruce Rd. Suite 270** <br> **Chico, CA 95928** | | C | unsecured debt | | | | 597.00 |
| ACCOUNT NO. **2158** <br><br> **NATIONAL CITY BANK** <br> **PO Box 856153** <br> **LOUISVILLE, KY 40285** | | C | charge account | | | | 10,282.00 |
| ACCOUNT NO. **0784** <br><br> **SEARS** <br> **PO Box 688956** <br> **Des Moines, IA 50368** | | C | charge account | | | | 750.00 |
| ACCOUNT NO. **mcwilliams asphalt** <br><br> **Sierra Cascade** <br> **PO Box 1193** <br> **Chester, CA 96020** | | C | unsecured debt | | | | 27,734.00 |
| ACCOUNT NO. **1372** <br><br> **TARGET** <br> **PO Box 59231** <br> **Minneapolis, MN 55459-0231** | | C | charge account | | | | 10,720.00 |
| ACCOUNT NO. **9196** <br><br> **Wells Fargo Bank** <br> **PO Box 30086** <br> **Los Angeles, CA 90030** | | C | charge account | | | | 29,088.00 |

Sheet no. **2** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          $ 79,923.00

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)          $ 287,198.04

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>McWilliams, Richard Arnold & McWilliams, Kristen Ann</u>          Case No. _____
                                    Debtor(s)                                                                    (If known)

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS. INCLUDING ZIP CODE OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST. STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** <u>McWilliams, Richard Arnold & McWilliams, Kristen Ann</u>                    Case No. _____
                              Debtor(s)                                                                    (If known)

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE** McWilliams, Richard Arnold & McWilliams, Kristen Ann                    Case No. _____

<div style="text-align:center">Debtor(s)</div>                                                                                                (If known)

<div style="text-align:center">

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

</div>

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Daughter**<br>**Son** | AGE(S):<br>**12**<br>**20** |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation<br>Name of Employer<br>How long employed<br>Address of Employer | | **Grocery Clerk**<br>**Winco Foods**<br>**4 months**<br><br>**Chico, CA** |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly) | $ _____ | $ __1,542.00 |
| 2. Estimated monthly overtime | $ _____ | $ _____ |
| **3. SUBTOTAL** | $ ____0.00 | $ _1,542.00 |
| 4. LESS PAYROLL DEDUCTIONS | | |
|    a. Payroll taxes and Social Security | $ _____ | $ ___162.00 |
|    b. Insurance | $ _____ | $ _____ |
|    c. Union dues | $ _____ | $ _____ |
|    d. Other (specify) _____ | $ _____ | $ _____ |
| | $ _____ | $ _____ |
| **5. SUBTOTAL OF PAYROLL DEDUCTIONS** | $ ____0.00 | $ ___162.00 |
| **6. TOTAL NET MONTHLY TAKE HOME PAY** | $ ____0.00 | $ _1,380.00 |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ __6,595.00 | $ _____ |
| 8. Income from real property | $ _____ | $ _3,462.00 |
| 9. Interest and dividends | $ _____ | $ _____ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ _____ | $ _____ |
| 11. Social Security or other government assistance<br>   (Specify) _____ | $ _____<br>$ _____ | $ _____<br>$ _____ |
| 12. Pension or retirement income | $ _____ | $ _____ |
| 13. Other monthly income<br>   (Specify) _____ | $ _____<br>$ _____<br>$ _____ | $ _____<br>$ _____<br>$ _____ |
| **14. SUBTOTAL OF LINES 7 THROUGH 13** | $ __6,595.00 | $ _3,462.00 |
| **15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14)** | $ __6,595.00 | $ _4,842.00 |

| **16. COMBINED AVERAGE MONTHLY INCOME:** (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ ____11,437.00 |
|---|---|

<div style="text-align:right">(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)</div>

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
**None**

<div style="writing-mode:vertical-lr">© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only</div>

IN RE <u>McWilliams, Richard Arnold & McWilliams, Kristen Ann</u>           Case No. _____

<div align="center">Debtor(s)                                                    (If known)</div>

<div align="center">

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

</div>

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 2,187.00 |
|   a. Are real estate taxes included?  Yes ____  No ✓ | |
|   b. Is property insurance included?  Yes ____  No ✓ | |
| 2. Utilities: | |
|   a. Electricity and heating fuel | $ 450.00 |
|   b. Water and sewer | $ 100.00 |
|   c. Telephone | $ 200.00 |
|   d. Other  **See Schedule Attached** | $ 159.00 |
| | $ |
| 3. Home maintenance (repairs and upkeep) | $ 100.00 |
| 4. Food | $ 800.00 |
| 5. Clothing | $ 150.00 |
| 6. Laundry and dry cleaning | $ 50.00 |
| 7. Medical and dental expenses | $ 100.00 |
| 8. Transportation (not including car payments) | $ 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ |
| 10. Charitable contributions | $ |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|   a. Homeowner's or renter's | $ 211.00 |
|   b. Life | $ |
|   c. Health | $ 320.00 |
|   d. Auto | $ 400.00 |
|   e. Other _____ | $ |
| | $ |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
|   (Specify) _____ | $ |
| | $ |
| 13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan) | |
|   a. Auto | $ |
|   b. Other _____ | $ |
| | $ |
| 14. Alimony, maintenance, and support paid to others | $ |
| 15. Payments for support of additional dependents not living at your home | $ |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 8,796.80 |
| 17. Other _____ | $ |
| | $ |
| | $ |

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.       $ 14,423.80

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**

| | |
|---|---:|
|   a. Average monthly income from Line 15 of Schedule I | $ 11,437.00 |
|   b. Average monthly expenses from Line 18 above | $ 14,423.80 |
|   c. Monthly net income (a. minus b.) | $ -2,986.80 |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

Other Utilities (DEBTOR)

| | |
|---|---|
| **Cable Television** | **75.00** |
| **Internet** | **39.00** |
| **Garbage** | **45.00** |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE <u>McWilliams, Richard Arnold & McWilliams, Kristen Ann</u>                     Case No. _____
                          Debtor(s)                                                                              (If known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **17** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **6/16/10**          Signature: _____
                                             Richard Arnold McWilliams                                    Debtor

Date: **6/16/10**          Signature: _____
                                             Kristen Ann McWilliams                          (Joint Debtor, if any)
                                                                                              [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                          Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____          Signature: _____

                                                             _____
                                                             (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**IN RE:**                                                            Case No. _____

McWilliams, Richard Arnold & McWilliams, Kristen Ann _____ Chapter **7** _____
<div align="center">Debtor(s)</div>

<div align="center">

## BUSINESS INCOME AND EXPENSES

</div>

**FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS** (Note: <u>ONLY INCLUDE</u> information directly related to the business operation.)

**PART A** - GROSS BUSINESS INCOME FOR THE PREVIOUS 12 MONTHS:

   1. Gross Income For 12 Months Prior to Filing:        $ _____

**PART B** - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

   2. Gross Monthly Income:        $ _____**6,595.00**

**PART C** - ESTIMATED FUTURE MONTHLY EXPENSES:

   3. Net Employee Payroll (Other Than Debtor)    $ _____
   4. Payroll Taxes    $ _____
   5. Unemployment Taxes    $ _____
   6. Worker's Compensation    $ _____
   7. Other Taxes    $ _____
   8. Inventory Purchases (Including raw materials)    $ _____
   9. Purchase of Feed/Fertilizer/Seed/Spray    $ _____
  10. Rent (Other than debtor's principal residence)    $ _____
  11. Utilities    $ _____
  12. Office Expenses and Supplies    $ _____
  13. Repairs and Maintenance    $ _____
  14. Vehicle Expenses    $ _____
  15. Travel and Entertainment    $ _____
  16. Equipment Rental and Leases    $ _____
  17. Legal/Accounting/Other Professional Fees    $ _____
  18. Insurance    $ _____
  19. Employee Benefits (e.g., pension, medical, etc.)    $ _____
  20. Payments to be Made Directly by Debtor to Secured Creditors for Pre-Petition
      Business Debts (Specify):    $ _____

  21. Other (Specify):    $ _____**8,796.80**
      **See Continuation Sheet**

  22. Total Monthly Expenses (Add items 3-21)    $ _____**8,796.80**

**PART D** - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME

  23. **AVERAGE NET MONTHLY INCOME** (Subtract Item 22 from Item 2)    $ _____**-2,201.80**

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## BUSINESS INCOME AND EXPENSES
### Continuation Sheet - Page 1 of 1

Other:

| | |
|---|---|
| Contract Labor | 435.50 |
| Materials | 5,157.00 |
| Advertising | 79.00 |
| Interest | 328.50 |
| License | 50.00 |
| Legal And Professional Fees | 922.60 |
| Meals And Entertainment | 40.00 |
| Office Expense | 271.00 |
| Utilities | 46.00 |
| Auto Insurance | 27.00 |
| Commercial Insurance | 54.00 |
| Liability Insurance | 128.00 |
| Vehicle Expense | 40.60 |
| Equipment Rental | 527.00 |
| Repairs | 105.60 |
| Truck | 585.00 |

© 1993-2010 EZ-Filing, Inc. (1-800-998-2424) - Forms Software Only

# United States Bankruptcy Court
## Eastern District of California

**IN RE:**                                                    Case No. _____

McWilliams, Richard Arnold & McWilliams, Kristen Ann _____     Chapter **7**_____
<div align="center">Debtor(s)</div>

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

**1. Income from employment or operation of business**

None ☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 6,168.00 | YTD Income from employment/co debtor |
| 39,575.00 | YTD Income from business |
| -13,527.00 | 2009 Income (joint) |

**2. Income other than from employment or operation of business**

None ☐    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| 17,310.00 | YTD Income from real property |
| 41,544.00 | 2009 Income from real property |

## 3. Payments to creditors
*Complete a. or b., as appropriate, and c.*

None ☑ **a. Individual or joint debtor(s) with primarily consumer debts:** List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ **b. Debtor whose debts are not primarily consumer debts:** List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850.* If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

None ☑ **c. All debtors:** List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **H. Leighty Construction, Inc. v. Rick McWilliams Case No. 146250** | | **Butte County Suprior Court 655 Oleander Ave. Chico, CA** | |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Butte Community Bank 1360 East Lassen Ave Chico, CA 95973** | **April 20, 2010** | **690 Main Street Chester, CA** |
| **Golden One Credit Union PO Box 15966 Sacramento, CA 95852** | **May 2010** | **Ford Truck $20,000.00** |

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and joint petition is not filed.)

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**7. Gifts**

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**8. Losses**

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Douglas B. Jacobs<br>20 Independence Circle<br>Chico, CA 95973 | March 2010 | 5,000.00 |

**10. Other transfers**

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

**11. Closed financial accounts**

None ☑ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**12. Safe deposit boxes**

None ☑ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**13. Setoffs**

None ☑ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**14. Property held for another person**

None ☑ List all property owned by another person that the debtor holds or controls.

**15. Prior address of debtor**

None ☑ If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## 16. Spouses and Former Spouses

None ☑ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

## 17. Environmental Information

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

None ☑ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None ☑ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

## 18. Nature, location and name of business

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| McWilliams Asphalt | 68-0415656 | | Paving Contractor | 1983 - present |

None ☑ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**19. Books, records and financial statements**

None ☐ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                DATES SERVICES RENDERED
**Ken Smiths Tax Service**
**1610 A Solano St.**
**Corning, CA**

None ☑ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None ☑ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

None ☑ d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of the case by the debtor.

**20. Inventories**

None ☐ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market, or other basis) |
|  | **None** |  |

None ☑ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

None ☑ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

**25. Pension Funds.**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

17

*[If completed by an individual or individual and spouse]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date: 6/16/10                Signature       *Richard A. McWilliam*
                             of Debtor                          **Richard Arnold McWilliams**

Date: 6/16/10                Signature       *Kristen McWilliams*
                             of Joint Debtor                     **Kristen Ann McWilliams**
                             (if any)

_____**0** continuation pages attached

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. § 152 and 3571.*

38

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms So

# United States Bankruptcy Court
## Eastern District of California

IN RE:                                                                    Case No. _____

McWilliams, Richard Arnold & McWilliams, Kristen Ann _____     Chapter **7** _____
<div style="text-align:center">Debtor(s)</div>

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>Bank Of America | **Describe Property Securing Debt:**<br>Residence located at:  4742 Kilkare Ln. Chico, CA |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. 2 (if necessary) | |
|---|---|
| **Creditor's Name:**<br>Bank of America | **Describe Property Securing Debt:**<br>Residence located at:  4742 Kilkare Ln. Chico, CA |

Property will be *(check one)*:
☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
☐ Redeem the property
☑ Reaffirm the debt
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
☐ Claimed as exempt   ☑ Not claimed as exempt

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

| Property No. 2 (if necessary) | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ Yes ☐ No |

___**1** continuation sheets attached *(if any)*

I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.

Date: __6/16/10__                         _____
                                          Signature of Debtor

                                          _____
                                          Signature of Joint Debtor

<div style="text-align:center">39</div>

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION
*(Continuation Sheet)*

## PART A – Continuation

| Property No. 3 | |
|---|---|
| **Creditor's Name:** <br> ~~Butte Community Bank~~ | **Describe Property Securing Debt:** <br> **Commercial Property** |

Property will be *(check one)*:
- ☐ Surrendered   ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☑ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt   ☑ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
- ☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt   ☐ Not claimed as exempt

| Property No. | |
|---|---|
| **Creditor's Name:** | **Describe Property Securing Debt:** |

Property will be *(check one)*:
- ☐ Surrendered   ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is *(check one)*:
- ☐ Claimed as exempt   ☐ Not claimed as exempt

## PART B – Continuation

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ Yes ☐ No |

| Property No. | | |
|---|---|---|
| **Lessor's Name:** | **Describe Leased Property:** | Lease will be assumed pursuant to 11 U.S.C. § 365(p)(2): <br> ☐ Yes ☐ No |

Continuation sheet ___1___ of ___1___

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

# United States Bankruptcy Court
## Eastern District of California

**IN RE:**                                                          Case No. _____

McWilliams, Richard Arnold & McWilliams, Kristen Ann _____     Chapter **7** _____
                                  Debtor(s)

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**5,000.00**

    Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**5,000.00**

    Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____**0.00**

2.  The source of the compensation paid to me was: ☑ Debtor ☐ Other (specify):

3.  The source of compensation to be paid to me is: ☐ Debtor ☐ Other (specify):

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  ~~Representation of the debtor in adversary proceedings and other contested bankruptcy matters;~~
    e.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above disclosed fee does not include the following services:

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

6/16/10
_____
Date

_____
Douglas B. Jacobs 084153
Douglas B. Jacobs
Jacobs, Anderson, Potter and Chaplin
20 Independence Circle
Chico, CA 95973
(530) 342-6144 Fax: (530) 342-6310
djacobs@jacobsanderson.com

# Cover Letter

Saturday, January 09, 2010

Hello Rick and Kristin,

I have been looking for some information that will allow you to understand the current value of your property on Cohasset Rd. Your property is indeed unique among all the other commercial properties that have been on the market in Chico over the last year. Since almost no properties are selling, I included all types of commercial and industrial properties of similar size. By analyzing what other commercial properties are selling for, we can somewhat infer what this market is willing to pay for your property or any similar property.

This study is based on a search all of the commercial and industrial properties that have been listed through the Chico Multiple Listing Service over the last twelve months. All of these properties have from one to ten acres of land, your property has a total of 5+ acres.

You will see there are a lot of properties that have been trying to sell over the last year, but only two properties have sold. It looks like current top value in this market is about $48 per sq ft. Your property has about 15,000 sq ft. If you could get that much for your property you would only see about $724,000. However, your property has twice as much land as that property. If we double that value accordingly, you may get as much as $1,450,000 for your property. At that, your property value is most likely worth much less than the $2.75 million that you owe on the property.

However, another way to evaluate the value of your commercial property would be to project the value of your property from how much income it generates. The obvious problem with using that approach is the type of tenant you have. Your property's highest and best use is for a car dealership. The general concensus in the market is that the future of that field is dismal at best.

If you can let me know the net profit (or loss) of your property I will analyze the value of your property using an income approach. But due to the weakness of car lots, it is likely that a lender would most likely look at this property as needing a new use in the future. That is why a general analysis of other commercial properties is in my opinion, the best way to assess this property. I am so sorry to be so harsh, but I think you need to understand you are most likely in a negative value situation.

Sincerely,
Susie Stephens
Chico Real Estate, INC

## CMA Summary Report

### COMMERCIAL - Active

| ADDRESS | Type | SQFT | PriceSQFT | SoldSQFT | DOM | LP | SP |
|---------|------|------|-----------|----------|-----|-----|-----|
| 3018 ESPLANADE | CM | 3700 | 172.97 | | 120 | $640,000 | |
| 3105 ESPLANADE | CM | 3637 | 148.47 | | 163 | $540,000 | |
| 9195 MIDWAY | IN | 4600 | 186.96 | | 286 | $860,000 | |
| 323 HUSS DR | IN | 16,500 | 71.00 | | 461 | $1,171,500 | |
| 2565 CALIFORNIA PARK DR | CM | 7336 | 245.37 | | 62 | $1,800,000 | |
| 2264 PARK AVENUE | IN | 15,370 | 61.48 | | 29 | $945,000 | |
| 4950 COHASSET RD | IN | 53,100 | 45.39 | | 251 | $2,410,000 | |
| 2282 IVY ST | IN | 19,900 | 87.44 | | 196 | $1,740,000 | |
| 3120 COHASSET RD | CM | 17,172 | 131.03 | | 773 | $2,250,000 | |
| 1020 MARAUDER ST | IN | 22,750 | 74.73 | | 133 | $1,700,000 | |
| 3688 DURHAM DAYTON HWY | CM | 5348 | 42.07 | | 1298 | $225,000 | |
| 792 DURHAM DAYTON HWY | CM | 15,000 | 86.67 | | 41 | $1,300,000 | |
| **Total Listings** | | | | | **Avg** | **Avg** | **Avg** |
| **12** | | | | | **317** | **$1,298,458** | |

### COMMERCIAL - Sold

| ADDRESS | Type | SQFT | PriceSQFT | SoldSQFT | DOM | LP | SP |
|---------|------|------|-----------|----------|-----|-----|-----|
| 434 SOUTHGATE CT | IN | 18,000 | 52.78 | 48.61 | 164 | $950,000 | $875,000 |
| 2270 IVY ST | IN | 27,200 | 58.64 | 46.88 | 475 | $1,595,000 | $1,275,000 |
| **Total Listings** | | | | | **Avg** | **Avg** | **Avg** |
| **2** | | | | | **319** | **$1,272,500** | **$1,075,000** |

### COMMERCIAL - Pending

| ADDRESS | Type | SQFT | PriceSQFT | SoldSQFT | DOM | LP | SP |
|---------|------|------|-----------|----------|-----|-----|-----|
| 551 COUNTRY DR | CM | 12,746 | 78.46 | | 86 | $1,000,000 | |
| **Total Listings** | | | | | **Avg** | **Avg** | **Avg** |
| **1** | | | | | **86** | **$1,000,000** | |

### COMMERCIAL - Expired

| ADDRESS | Type | SQFT | PriceSQFT | SoldSQFT | DOM | LP | SP |
|---------|------|------|-----------|----------|-----|-----|-----|
| 89 HORSE RUN LN | OT | 13,000 | 45.77 | | 340 | $595,000 | |
| 3532/3540 HWY 32 | CM | 3580 | 125.70 | | 2 | $450,000 | |
| 3 CRUSADER CT | IN | 11,255 | 61.92 | | 184 | $696,900 | |
| 3012/3018 ESPLANADE | CM | 6052 | 136.32 | | 185 | $825,000 | |

## CMA Summary Report

### COMMERCIAL - Expired

| ADDRESS | Type | SQFT | PriceSQFT | SoldSQFT | DOM | LP | SP |
|---------|------|------|-----------|----------|-----|-----|-----|
| 30 COMANCHE CT | CM | 3290 | 206.69 | | 184 | $680,000 | |
| **Total Listings** | | | | | Avg | Avg | Avg |
| **5** | | | | | 179 | $649,380 | |

### COMMERCIAL - Withdrawn

| ADDRESS | Type | SQFT | PriceSQFT | SoldSQFT | DOM | LP | SP |
|---------|------|------|-----------|----------|-----|-----|-----|
| 1150 FORTRESS ST | IN | 10,000 | 85.00 | | 171 | $850,000 | |
| 13542 SKYPARK INDUSTRIAL AVE | IN | 18,800 | 90.43 | | 91 | $1,700,000 | |
| **Total Listings** | | | | | Avg | Avg | Avg |
| **2** | | | | | 131 | $1,275,000 | |

### COMMERCIAL Summary Statistics

| | High | Low | Average | Median |
|-----|------|-----|---------|--------|
| **LP:** | $2,410,000 | $225,000 | $1,132,881 | $947,500 |
| **SP:** | $1,275,000 | $875,000 | $1,075,000 | $1,075,000 |

## Comparable Report

   

| | | | | |
|---|---|---|---|---|
| *Status* | **ACTIVE** | **ACTIVE** | **ACTIVE** | **ACTIVE** |
| *Type* | **Commercial** | **Commercial** | **Industrial** | **Industrial** |
| *Price* | **$640,000** | **$540,000** | **$860,000** | **$1,171,500** |
| *Address* | **3018 ESPLANADE** | **3105 ESPLANADE** | **9195 MIDWAY** | **323 HUSS DR** |
| *Approx. SQFT* | **3700** | **3637** | **4600** | **16,500** |
| *Year Built* | **1929** | **1955** | **1940** | **2007** |
| *Price per SQFT* | **172.97** | **148.47** | **186.96** | **71.00** |
| *Approx. Acres* | **1.36** | **1.25** | **1.50** | **3.77** |
| *Lot Dimensions* | **164.5 x 360** | | **130 FT. FRONTAGE** | |
| *Listing Date* | **9/14/2009** | **8/2/2009** | **4/1/2009** | **9/30/2008** |
| *Closing Date* | | | | |
| *Sold Price* | | | | |
| *Sold Price per SQFT* | | | | |
| | | | | |
| *Adjusted Price* | **$640,000** | **$540,000** | **$860,000** | **$1,171,500** |

## Comparable Report

   

| | | | | |
|---|---|---|---|---|
| *Status* | **ACTIVE** | **ACTIVE** | **ACTIVE** | **ACTIVE** |
| *Type* | Commercial | Industrial | Industrial | Industrial |
| *Price* | $1,800,000 | $945,000 | $2,410,000 | $1,740,000 |
| *Address* | 2565 CALIFORNIA PARK DR | 2264 PARK AVENUE | 4950 COHASSET RD | 2282 IVY ST |
| *Approx. SQFT* | 7336 | 15,370 | 53,100 | 19,900 |
| *Year Built* | 1973 | 1949 | 1986 | 0 |
| *Price per SQFT* | 245.37 | 61.48 | 45.39 | 87.44 |
| *Approx. Acres* | 1.64 | 4.45 | 3.50 | 2.73 |
| *Lot Dimensions* | Irregular | | | |
| *Listing Date* | 11/11/2009 | 12/14/2009 | 5/6/2009 | 6/30/2009 |
| *Closing Date* | | | | |
| *Sold Price* | | | | |
| *Sold Price per SQFT* | | | | |
| *Adjusted Price* | $1,800,000 | $945,000 | $2,410,000 | $1,740,000 |

# Comparable Report

   

| | | | | |
|---|---|---|---|---|
| **Status** | **ACTIVE** | **ACTIVE** | **ACTIVE** | **EXPIRED** |
| **Type** | Commercial | Industrial | Commercial | Other |
| **Price** | $2,250,000 | $1,700,000 | $225,000 | $595,000 |
| **Address** | 3120 COHASSET RD | 1020 MARAUDER ST | 3688 DURHAM DAYTON HWY | 89 HORSE RUN LN |
| **Approx. SQFT** | 17,172 | 22,750 | 5348 | 13,000 |
| **Year Built** | 1982 | 1990 | 1948 | 1980 |
| **Price per SQFT** | 131.03 | 74.73 | 42.07 | 45.77 |
| **Approx. Acres** | 2.62 | 1.90 | 2.30 | 5.00 |
| **Lot Dimensions** | | | | |
| **Listing Date** | 11/15/2007 | 9/1/2009 | 9/8/2005 | 1/26/2009 |
| **Closing Date** | | | | |
| **Sold Price** | | | | |
| **Sold Price per SQFT** | | | | |
| **Adjusted Price** | $2,250,000 | $1,700,000 | $225,000 | $595,000 |

## Comparable Report

   

| | | | | |
|---|---|---|---|---|
| **Status** | EXPIRED | EXPIRED | EXPIRED | EXPIRED |
| **Type** | Commercial | Industrial | Commercial | Commercial |
| **Price** | $450,000 | $696,900 | $825,000 | $680,000 |
| **Address** | 3532/3540 HWY 32 | 3 CRUSADER CT | 3012/3018 ESPLANADE | 30 COMANCHE CT |
| **Approx. SQFT** | 3580 | 11,255 | 6052 | 3290 |
| **Year Built** | 1964 | 1980 | 0 | 2000 |
| **Price per SQFT** | 125.70 | 61.92 | 136.32 | 206.69 |
| **Approx. Acres** | 2.00 | 1.06 | 1.36 | 1.60 |
| **Lot Dimensions** | | | | |
| **Listing Date** | 8/10/2009 | 5/27/2009 | 8/15/2008 | 6/23/2009 |
| **Closing Date** | | | | |
| **Sold Price** | | | | |
| **Sold Price per SQFT** | | | | |
| **Adjusted Price** | $450,000 | $696,900 | $825,000 | $680,000 |

# Comparable Report

   

| | | | | |
|---|---|---|---|---|
| **Status** | **PENDING** | **SOLD** | **SOLD** | **WITHDRAWN** |
| **Type** | Commercial | Industrial | Industrial | Industrial |
| **Price** | $1,000,000 | $1,275,000 | $875,000 | $850,000 |
| **Address** | 551 COUNTRY DR | 2270 IVY ST | 434 SOUTHGATE CT | 1150 FORTRESS ST |
| **Approx. SQFT** | 12,746 | 27,200 | 18,000 | 10,000 |
| **Year Built** | 1976 | 2001 | 1992 | 2005 |
| **Price per SQFT** | 78.46 | 58.64 | 52.78 | 85.00 |
| **Approx. Acres** | 1.10 | 2.40 | 1.11 | 1.00 |
| **Lot Dimensions** | | | | |
| **Listing Date** | 3/16/2009 | 3/25/2008 | 2/1/2008 | 10/17/2008 |
| **Closing Date** | 8/3/2009 | 10/29/2009 | 11/11/2008 | |
| **Sold Price** | | $1,275,000 | $875,000 | |
| **Sold Price per SQFT** | | 46.88 | 48.61 | |
| **Adjusted Price** | $1,000,000 | $1,275,000 | $875,000 | $850,000 |

# Comparable Report

 

| | | |
|---|---|---|
| **Status** | **WITHDRAWN** | **ACTIVE** |
| **Type** | Industrial | Commercial |
| **Price** | $1,700,000 | $1,300,000 |
| **Address** | 13542 SKYPARK | 792 DURHAM |
| | INDUSTRIAL AVE | DAYTON HWY |
| **Approx. SQFT** | 18,800 | 15,000 |
| **Year Built** | 1994 | 2005 |
| **Price per SQFT** | 90.43 | 86.67 |
| **Approx. Acres** | 3.00 | 7.98 |
| **Lot Dimensions** | | |
| **Listing Date** | 4/27/2009 | 12/2/2009 |
| **Closing Date** | | |
| **Sold Price** | | |
| **Sold Price per SQFT** | | |
| **Adjusted Price** | $1,700,000 | $1,300,000 |

| COMMERCIAL Summary Statistics | | | | |
|---|---|---|---|---|
| | **High** | **Low** | **Average** | **Median** |
| **LP:** | $2,410,000 | $225,000 | $1,132,881 | $947,500 |
| **SP:** | $1,275,000 | $875,000 | $1,075,000 | $1,075,000 |

# Comparable Report



| | |
|---|---|
| Status | **ACTIVE** |
| Address | **3018 ESPLANADE** |
| Asking Price | **$640,000** |
| Price per SQFT | **172.97** |
| Sold Price | |
| Sold Price per SQFT | |

**Remarks:** This property has a unique residential and commercial mix. Craftsman style home, 5 bed 2 bath, has been nicely updated inside and has a full, finished basement with a 2nd kitchen. Second house, 2 bed 1 bath, currently is used as a residence but in the past as an office with a large conference room. A 3000 sq.ft. shop has been rented by a cabinet maker for 12 years. Zoned CC on approx. 1.3 acres, a large back section is empty with roomfor storage, landscaping, or other possibilities.

| | |
|---|---|
| MLS # | 200907796 |
| Address | 3018 ESPLANADE |
| Price | $640,000 |
| Adj Price | $640,000 |



| | |
|---|---|
| Status | **ACTIVE** |
| Address | **3105 ESPLANADE** |
| Asking Price | **$540,000** |
| Price per SQFT | **148.47** |
| Sold Price | |
| Sold Price per SQFT | |

**Remarks:** Currently leased to Chico Montessori school. Very good set up for school and would be great for a similar use. Structure is very well built and grounds are very well thought out as play yard. Originally was a four bedroom three bath house. Commercially zoned land suitable for many purposes in area of town that is growing very fast.

| | |
|---|---|
| MLS # | 200906076 |
| Address | 3105 ESPLANADE |
| Price | $540,000 |
| Adj Price | $540,000 |

| | |
|---|---|
| Status | **ACTIVE** |
| Address | **9195 MIDWAY** |
| Asking Price | **$860,000** |
| Price per SQFT | **186.96** |
| Sold Price | |
| Sold Price per SQFT | |

**Remarks:** TURN-KEY OPERATION ! ! ! Metal Fab. Business; 4600 sq. ft. building on 1.5 acres; "GREAT LOCATION"; Metal stock inventory, machines & other equipment to start immediate operation. READY TO GO; JUST NEED A NEW OWNER !!..LOCATED IN THE HEART OF LOCAL FARM COUNTRY NEAR WALNUTS, ALMONDS AND RICE....Equipment value= $250,000; Metal Stock=$300,000....Rest Rm. & Office included in Sq Ft. . SELLER HAS ESTABLISHED OVER 500 LOCAL CUSTOMERS.

| | |
|---|---|
| MLS # | 200902609 |
| Address | 9195 MIDWAY |
| Price | $860,000 |
| Adj Price | $860,000 |

# Comparable Report



| | |
|---|---|
| Status | **ACTIVE** |
| Address | **323 HUSS DR** |
| Asking Price | **$1,171,500** |
| Price per SQFT | **71.00** |
| Sold Price | |
| Sold Price per SQFT | |

**Remarks:** Three (3) attached 16,500 s.f. buildings (dimensioned 110' by 150') comprising total 49,500 s.f.. Each building is divisible into 8,250 s.f. suites along 55' column lines, with distinct store front entry, recessed dock and roll up door, 24' clear height, fully sprinklered. Lease all or part, as is or with design build infill.

| | |
|---|---|
| MLS # | 200809633 |
| Address | 323 HUSS DR |
| Price | $1,171,500 |
| Adj Price | $1,171,500 |



| | |
|---|---|
| Status | **ACTIVE** |
| Address | **2565 CALIFORNIA PARK DR** |
| Asking Price | **$1,800,000** |
| Price per SQFT | **245.37** |
| Sold Price | |
| Sold Price per SQFT | |

**Remarks:** Location, Location. Lakeview. This is one-of-kind properties in Chico. This special purpose building with multiple uses ranging from office complex to public use facility for weddings, receptions, health club, restaurant, community center and more. 5 Offices plus conference room. Full service kitchen. Standing capacity 673, Dining 297. Large patio and breathtaking views.

| | |
|---|---|
| MLS # | 200908796 |
| Address | 2565 CALIFORNIA PARK DR |
| Price | $1,800,000 |
| Adj Price | $1,800,000 |



| | |
|---|---|
| Status | |
| Address | **2264 PARK AVENUE** |
| Asking Price | **$945,000** |
| Price per SQFT | **61.48** |
| Sold Price | |
| Sold Price per SQFT | |

**Remarks:** Industrial Shop with yard. The main building offers ~9,370 sq ft of warehouse/manufacturing and office. This building is sprinkled, has 3 phase electric. Another ~6,000 sq ft is a separate warehouse. The 4.45 acres of the parcel include the road serving the property and others from Park Ave. The buildings and yard sit on ~3.2 acres.

| | |
|---|---|
| MLS # | 200909476 |
| Address | 2264 PARK AVENUE |
| Price | $945,000 |
| Adj Price | $945,000 |

# Comparable Report



| | |
|---|---|
| **MLS #** | 200903679 |
| **Address** | 4950 COHASSET RD |
| **Price** | $2,410,000 |
| **Adj Price** | $2,410,000 |

| | |
|---|---|
| Status | **ACTIVE** |
| Address | **4950 COHASSET RD** |
| Asking Price | **$2,410,000** |
| Price per SQFT | 45.39 |
| Sold Price | |
| Sold Price per SQFT | |

**Remarks:** 3 buildings, 43 units, 43,400 sf buildings ground floor - 9,700 second floor, 4 fenced yards - 18,500 sf total yards. Located across from the Airport. AM zoning should be re-zoned to prior classification to allow for fenced parking which owner rents. Cap Rate - 8.0, Annual Gross Scheduled Income - $240,565, NOI - $192,452 subject to adjustment.



| | |
|---|---|
| **MLS #** | 200905148 |
| **Address** | 2282 IVY ST |
| **Price** | $1,740,000 |
| **Adj Price** | $1,740,000 |

| | |
|---|---|
| Status | **ACTIVE** |
| Address | **2282 IVY ST** |
| Asking Price | **$1,740,000** |
| Price per SQFT | 87.44 |
| Sold Price | |
| Sold Price per SQFT | |

**Remarks:** There are 3 buildings on this parcel. 12,000 Esq. ft w/office and bathroom, 3,600 Esq.ft w/office and bathroom and a 6,000 Esq. ft. building. Owner's currently lease 12,000 Esq.ft and the other two buildings are leased. 200 amp service to buildings. Building heights are 30 ft, 20ft, 15 ft.

| | |
|---|---|
| **MLS #** | 200708301 |
| **Address** | 3120 COHASSET RD |
| **Price** | $2,250,000 |
| **Adj Price** | $2,250,000 |

| | |
|---|---|
| Status | **ACTIVE** |
| Address | **3120 COHASSET RD** |
| Asking Price | **$2,250,000** |
| Price per SQFT | 131.03 |
| Sold Price | |
| Sold Price per SQFT | |

**Remarks:** Absolutely lovely grounds. Owned by LLC who are leasing back 7,644 square feet. Rents are low and there is an upside to income. Building may not be totally ADA compliant, i.e. door knobs, etc. On City sewer.

# Comparable Report



| | |
|---|---|
| Status | **ACTIVE** |
| Address | **1020 MARAUDER ST** |
| Asking Price | **$1,700,000** |
| Price per SQFT | **74.73** |
| Sold Price | |
| Sold Price per SQFT | |

**Remarks:** Located at the entrance to Chico Muni Airport. 22,750 SF highly improved tech mfg & office facility available for sale and or lease. 1 ac + fenced and paved yard area. Recently remodeled with extensive electrical and mechanical improvements. Approx 9,000 SF office (1 & 2 story), break room, demised production floor. Grade level and recessed dock doors. Fully sprinklered. Originally built as tech mfg facility for 3M Products. Shown by Appointment Only - Please Do Not Disturb Tenant.

| | |
|---|---|
| MLS # | 200906948 |
| Address | 1020 MARAUDER ST |
| Price | $1,700,000 |
| Adj Price | $1,700,000 |



| | |
|---|---|
| Status | **ACTIVE** |
| Address | **3688 DURHAM DAYTON HWY** |
| Asking Price | **$225,000** |
| Price per SQFT | **42.07** |
| Sold Price | |
| Sold Price per SQFT | |

**Remarks:** This is the old Mothers Four Corners. 2 parcels zoned Hwy. commercial. Great location for store, gas, coffee and office. Could easily be a multi-tenant building with different uses. It has a residence incorporated into the back of the building. Sqaure feet and year built taken from tax records, buyer should verify if important.

| | |
|---|---|
| MLS # | 200533654 |
| Address | 3688 DURHAM DAYTON HWY |
| Price | $225,000 |
| Adj Price | $225,000 |



| | |
|---|---|
| Status | **EXPIRED** |
| Address | **89 HORSE RUN LN** |
| Asking Price | **$595,000** |
| Price per SQFT | **45.77** |
| Sold Price | |
| Sold Price per SQFT | |

**Remarks:** This is a unique listing. Operating as a beautiful, well maintained Boarding Facility not zoned for residential, working business on five acres. Next to Honey Run creek great covered arena also boarding for 20 horses, could be expanded. call for more info after a confidentiality is signed.

| | |
|---|---|
| MLS # | 200902678 |
| Address | 89 HORSE RUN LN |
| Price | $595,000 |
| Adj Price | $595,000 |

# Comparable Report



| | |
|---|---|
| Status | **EXPIRED** |
| Address | **3532/3540 HWY 32** |
| Asking Price | **$450,000** |
| Price per SQFT | **125.70** |
| Sold Price | |
| Sold Price per SQFT | |

**Remarks:** 2+ ACRES COMMERCIAL ZONED PROPERTY WITH 200FT OF HWY 32 FRONTAGE. EXCELLENT OPPORTUNITY FOR COMMERCIAL OR SMALL BUSINESS DEVELOPMENT. 2 DWELLINGS ON PROPERTY, IDEAL FOR RENTAL OR OFFICE USE, TO BE SOLD IN AS IS CONDITION. OWNER MAY CARRY FINANCING WITH 20% DOWN.

**MLS #** 200906291
**Address** 3532/3540 HWY 32
**Price** $450,000
**Adj Price** $450,000

| | |
|---|---|
| Status | **EXPIRED** |
| Address | **3 CRUSADER CT** |
| Asking Price | **$696,900** |
| Price per SQFT | **61.92** |
| Sold Price | |
| Sold Price per SQFT | |

**Remarks:** Roofing company was user; includes upgraded 2 story office building, 2 gas tanks under ground w/environ checks: large carport plus enclosed storage.

**MLS #** 200904136
**Address** 3 CRUSADER CT
**Price** $696,900
**Adj Price** $696,900

| | |
|---|---|
| Status | **EXPIRED** |
| Address | **3012/3018 ESPLANADE** |
| Asking Price | **$825,000** |
| Price per SQFT | **136.32** |
| Sold Price | |
| Sold Price per SQFT | |

**Remarks:** Large commercial lot on Esplanade with great frontage. Small home, updated 2 story home, cabinet shop, and smaller shop located in front of parcel with large storage area in back. Call agent for more details.

**MLS #** 200808060
**Address** 3012/3018 ESPLANADE
**Price** $825,000
**Adj Price** $825,000

**Remarks:** Hey Contractor, need your huge, insulated, 4000sq. ft. shop and exquisit home but want to be right in town? Check this out!!!! Stunning interior design with cathedral ceilings throughout, hardwood floors, red iron granite counter tops in Kitchen, 2 central AC units,lifetime clay tile roof, duel his/hers showers and jetted tub. Lots of room on lot for storage. Acerage possibly splittable with sewer connection. This is not zoned commercial.

| MLS # | 200904993 |
|---|---|
| Address | 30 COMANCHE CT |
| Price | $680,000 |
| Adj Price | $680,000 |



| Status | **PENDING** |
|---|---|
| Address | **551 COUNTRY DR** |
| Asking Price | **$1,000,000** |
| Price per SQFT | 78.46 |
| Sold Price | |
| Sold Price per SQFT | |

**Remarks:** Building can be split. 2 - 20 x 12 roll ups, 6000 sf warehouse, 1000 sf office, 5720 sf retail showroom, 150 x 100 fenced yard. Great access and visibility. 35+ parking spaces. Alarm and phone system. Too many amenities to list. Business is for sale. Priced at $100,000.

| MLS # | 200902107 |
|---|---|
| Address | 551 COUNTRY DR |
| Price | $1,000,000 |
| Adj Price | $1,000,000 |

| Status | **SOLD** |
|---|---|
| Address | **2270 IVY ST** |
| Asking Price | **$1,595,000** |
| Price per SQFT | 58.64 |
| Sold Price | **$1,275,000** |
| Sold Price per SQFT | 46.88 |

**Remarks:** 8.7 CAP RATE. TRIPLE NET LEASE WITH PERSONAL GUARANTEE UNTIL 6-01-2010. NEWER CONTEMPORARY WAREHOUSE 2 DUAL RECESSED LOADING DOCKS AND FIRE SUPPRESSION SYSTEM. LOCATED APPROX. 2 1/2 ACRES W/ 1 1/4 ACRES OF OPEN SPACE AND CAN BUILD ADDITIONAL WAREHOUSE, MINI STORAGE OR ETC. POSSIBLE LOT SPLIT AVAILABLE. 2 ANNUAL RENT INCREASES 2009 & 2010.

| MLS # | 200803040 |
|---|---|
| Address | 2270 IVY ST |
| Price | $1,275,000 |
| Adj Price | $1,275,000 |

1/12/2010 12:22 PM

# Comparable Report



| | |
|---|---|
| Status | **SOLD** |
| Address | **434 SOUTHGATE CT** |
| Asking Price | **$950,000** |
| Price per SQFT | 52.78 |
| Sold Price | **$875,000** |
| Sold Price per SQFT | 48.61 |

**Remarks:** Electrical is three phase 400 amp, ceiling height 20', county maintained road, 5 roll-ups, 5 14' x 14' doors plus service door, 13,278' concrete apron on side of building, 1 half bath within the building. Sectioned in 5 bays. Potential of leasing out and occupying. Vacant. Owner is considering bringing plumbing the length of the building for additional bathrooms. Parallels Hwy. 99.

| | |
|---|---|
| MLS # | 200801012 |
| Address | 434 SOUTHGATE CT |
| Price | $875,000 |
| Adj Price | $875,000 |



| | |
|---|---|
| Status | **WITHDRAWN** |
| Address | **1150 FORTRESS ST** |
| Asking Price | **$850,000** |
| Price per SQFT | 85.00 |
| Sold Price | |
| Sold Price per SQFT | |

**Remarks:** Multi-tenant warehouse with office. Unit one ~1,500 sq ft office with reception, 3 offices, conference, break room and 2 restrooms and ~4,855 sq ft warehouse with restroom, three 14' roll ups. Unit Two ~1,215 sw ft warehouse with two 14' roll ups and restroom. Unit Three ~2,430 sq ft warehouse with two 14' roll ups and restroom. 1 acre site offers parking and fenced yard. Located at Chico Municiple Airport.

| | |
|---|---|
| MLS # | 200810412 |
| Address | 1150 FORTRESS ST |
| Price | $850,000 |
| Adj Price | $850,000 |

| | |
|---|---|
| Status | **WITHDRAWN** |
| Address | **13542 SKYPARK INDUSTRIAL AVE** |
| Asking Price | **$1,700,000** |
| Price per SQFT | 90.43 |
| Sold Price | |
| Sold Price per SQFT | |

**Remarks:** Three buildings: 7,500 sq.ft. one half rented, the other available for rent. 6,000 sq.ft., with 2,700 sq.ft rented and 3,300 sq.ft. available. 5,300 sq.ft. rented. Sits on three acres; lots of yard area, plenty of concrete. Good for owner occupant or investor.

| | |
|---|---|
| MLS # | 200903275 |
| Address | 13542 SKYPARK INDUSTRIAL AVE |
| Price | $1,700,000 |
| Adj Price | $1,700,000 |

## Comparable Report



| | |
|---|---|
| Status | **ACTIVE** |
| Address | **792 DURHAM DAYTON HWY** |
| Asking Price | **$1,300,000** |
| Price per SQFT | **86.67** |
| Sold Price | |
| Sold Price per SQFT | |

**MLS #** 200909296
**Address** 792 DURHAM DAYTON HWY
**Price** $1,300,000
**Adj Price** $1,300,000

**Remarks:** RARE OPPORTUNITY WITH THIS COMMERCIAL PIECE OF PROPERTY. IT FEATURES 7.98 ACRES, THREE GATES FOR EGRESS & INGRESS CLOSE TO HWY 99, A 15,000 SQ FT METAL BUILDING BUILT IN 2005 WITH TWO ROLLUP DOORS. PLUS A 2500 SQ FT SHOP WITH BATHROOM REMODELED OFFICE BUILDING WITH 8 INDIVIDUAL PRIVATE OFFICES KITCHEN + TWO BATHROOMS. PROPERTY IS FULLY FENCED & SECURITY WIRE.

## COMMERCIAL Summary Statistics

| | High | Low | Average | Median |
|---|---|---|---|---|
| **LP:** | $2,410,000 | $225,000 | $1,132,881 | $947,500 |
| **SP:** | $1,275,000 | $875,000 | $1,075,000 | $1,075,000 |

## Map of Properties



| Map No. | MLS# | Address | City/State/Zip | Price |
|---------|------|---------|----------------|-------|
| 1 | 200907796 | 3018 ESPLANADE | Chico CA 95973 | $640,000 |
| 2 | 200906076 | 3105 ESPLANADE | Chico CA 95973 | $540,000 |
| 3 | 200902609 | 9195 MIDWAY | DURHAM CA 95938 | $860,000 |
| 4 | 200809633 | 323 HUSS DR | CHICO CA 95928 | $1,171,500 |
| 5 | 200908796 | 2565 CALIFORNIA PARK DR | Chico CA 95928 | $1,800,000 |
| 6 | 200909476 | 2264 PARK AVENUE | Chico CA 95928 | $945,000 |
| 7 | 200903679 | 4950 COHASSET RD | Chico CA 95973 | $2,410,000 |

# Map of Properties

| Map No. | MLS# | Address | City/State/Zip | Price |
|---|---|---|---|---|
| 1 | 200907796 | 3018 ESPLANADE | Chico CA 95973 | $640,000 |
| 2 | 200906076 | 3105 ESPLANADE | Chico CA 95973 | $540,000 |
| 3 | 200902609 | 9195 MIDWAY | DURHAM CA 95938 | $860,000 |
| 4 | 200809633 | 323 HUSS DR | CHICO CA 95928 | $1,171,500 |
| 5 | 200908796 | 2565 CALIFORNIA PARK DR | Chico CA 95928 | $1,800,000 |
| 6 | 200909476 | 2264 PARK AVENUE | Chico CA 95928 | $945,000 |
| 7 | 200903679 | 4950 COHASSET RD | Chico CA 95973 | $2,410,000 |
| 8 | 200905148 | 2282 IVY ST | chico CA 95928 | $1,740,000 |
| 9 | 200708301 | 3120 COHASSET RD | Chico CA 95973 | $2,250,000 |
| 10 | 200906948 | 1020 MARAUDER ST | Chico CA 95973 | $1,700,000 |
| 11 | 200533654 | 3688 DURHAM DAYTON HWY | Chico CA 95928 | $225,000 |
| 12 | 200902678 | 89 HORSE RUN LN | chico CA 95928 | $595,000 |
| No Geocode | 200906291 | 3532/3540 HWY 32 | CHICO CA 95973 | $450,000 |
| 13 | 200904136 | 3 CRUSADER CT | Chico CA 95973 | $696,900 |
| No Geocode | 200808060 | 3012/3018 ESPLANADE | Chico CA 95973 | $825,000 |
| 14 | 200904993 | 30 COMANCHE CT | Chico CA | $680,000 |
| 15 | 200902107 | 551 COUNTRY DR | Chico CA 95928 | $1,000,000 |
| 16 | 200803040 | 2270 IVY ST | CHICO CA 95928 | $1,275,000 |
| 17 | 200801012 | 434 SOUTHGATE CT | Chico CA 95928 | $875,000 |
| 18 | 200810412 | 1150 FORTRESS ST | Chico CA 95973 | $850,000 |
| 19 | 200903275 | 13542 SKYPARK INDUSTRIAL AVE | Chico CA | $1,700,000 |
| 20 | 200909296 | 792 DURHAM DAYTON HWY | DURHAM CA 95968 | $1,300,000 |

# Cover Letter

Monday, January 04, 2010

Dear Rick & Kristin

   To evaluate the potential of selling your home, we need to compare it to somewhat similar properties that have been on the market recently, to establish your current market value.
   You have almost 4000 sq ft of living area,so we will look at all houses with at least 2000 sq ft of living space.  Although your home is lovely it is almost a 100 years old. Houses built in the last 20 years are been more light, bright and open with more energy efficiency than your sweet old 1925 built house. So for this purpose we will consider  homes built before 1990. In addition to that big living area your land is about 25 acres. Unfortunately your land is not able to produce much income other than boarding and training horses. But that is not a crop, that is a laborious job that most people cannot do. So we will look at all properties with 15 to 35 acres, with and without crops.
   There are so few properties that are similar to yours that I opened up the search for ALL properties in the Oroville and Paradise, Chico and surrounding areas. Look below to see a short list of all houses, with 2000+ sq ft, built before 1989. with from 15 to 35 acres, that have been on the market in the last 6 months.
   There are several similar properties for sale right now, asking from $160 to $280 per sq ft or from $500k to $800k+.  There are no such properties in escrow now.  Only one property has sold in the last six months, and it is fairly similar to yours. It is a 7/4 with over 4000 sq ft, built in 1986 (quite a bit newer than yours) with two homes, a shop, outbuildings and is a good horse set-up on 20 acres.  It sold recently for $415,000 or just $86 per sq ft. If we apply that to your 3922 sq ft of space, we see less than $400,000 worth of value. Since you owe a lot more than that, I suggest you figure out Plan B to cut down on expenses, instead of selling. I am afraid we just cannot find enough value for you to sell anytime soon. I will stay in touch with you and will let you know when I see a better time for you to sell.

Sincerely,

Susie Stephens

## CMA Summary Report

### RESIDENTIAL - Active

| ADDRESS | Stat Date | PriceSQFT | SQFT | SoldSQFT | DOM | LP | SP |
|---|---|---|---|---|---|---|---|
| 5020 EDGEWOOD LN | 10/22/2009 | 219.44 | 2274 | | 81 | $499,000 | |
| 4794 FOSTER RD | 1/4/2010 | 284.68 | 2912 | | 185 | $829,000 | |
| 13500 TAKARA RD | 10/27/2009 | 159.73 | 4977 | | 8 | $795,000 | |
| **Total Listings** | | | | | **Avg** | **Avg** | **Avg** |
| **3** | | | | | **91** | **$707,666** | |

### RESIDENTIAL - Sold

| ADDRESS | Stat Date | PriceSQFT | SQFT | SoldSQFT | DOM | LP | SP |
|---|---|---|---|---|---|---|---|
| 3494 CHEROKEE RD | 10/8/2009 | 91.52 | 4802 | 86.42 | 53 | $439,500 | $415,000 |
| **Total Listings** | | | | | **Avg** | **Avg** | **Avg** |
| **1** | | | | | **53** | **$439,500** | **$415,000** |

### RESIDENTIAL - Expired

| ADDRESS | Stat Date | PriceSQFT | SQFT | SoldSQFT | DOM | LP | SP |
|---|---|---|---|---|---|---|---|
| 240 MANN AVE | 11/22/2009 | 173.17 | 2102 | | 93 | $364,000 | |
| **Total Listings** | | | | | **Avg** | **Avg** | **Avg** |
| **1** | | | | | **93** | **$364,000** | |

### RESIDENTIAL Summary Statistics

| | High | Low | Average | Median |
|---|---|---|---|---|
| **LP:** | $829,000 | $364,000 | $585,300 | $499,000 |
| **SP:** | $415,000 | $415,000 | $415,000 | $415,000 |

# Comparable Report

   

| | | | | |
|---|---|---|---|---|
| *Status* | **ACTIVE** | **ACTIVE** | **ACTIVE** | **EXPIRED** |
| *Address* | **5020 EDGEWOOD LN** | **4794 FOSTER RD** | **13500 TAKARA RD** | **240 MANN AVE** |
| *Ask Price* | **$499,000** | **$829,000** | **$795,000** | **$364,000** |
| *PriceSQFT* | 219.44 | 284.68 | 159.73 | 173.17 |
| *BEDS* | 3 | 4 | 2 | 3 |
| *BATH* | 2.5 | 3 | 2 | 2.25 |
| *SQFT* | 2274 | 2912 | 4977 | 2102 |
| *YrBlt* | 1980 | 1979 | 1978 | 1973 |
| *REO* | No | No | No | No |
| *Short Sale* | No | No | No | No |
| *Sold Price* | | | | |
| *SoldSQFT* | | | | |
| *DOM* | 81 | 185 | 8 | 93 |
| *Stat Date* | 10/22/2009 | 1/4/2010 | 10/27/2009 | 11/22/2009 |
| *How Sold* | | | | |
| | | | | |
| *Adjusted Price* | **$499,000** | **$829,000** | **$795,000** | **$364,000** |

# Comparable Report



| | |
|---|---|
| **Status** | **SOLD** |
| **Address** | **3494 CHEROKEE RD** |
| **Ask Price** | **$439,500** |
| **PriceSQFT** | **91.52** |
| **BEDS** | **7** |
| **BATH** | **4+** |
| **SQFT** | **4802** |
| **YrBlt** | **1986** |
| **REO** | **No** |
| **Short Sale** | **No** |
| **Sold Price** | **$415,000** |
| **SoldSQFT** | **86.42** |
| **DOM** | **53** |
| **Stat Date** | **10/8/2009** |
| **How Sold** | **Cash to New Loan** |
| | |
| **Adjusted Price** | **$415,000** |

| RESIDENTIAL Summary Statistics | | | | |
|---|---|---|---|---|
| | **High** | **Low** | **Average** | **Median** |
| **LP:** | $829,000 | $364,000 | $585,300 | $499,000 |
| **SP:** | $415,000 | $415,000 | $415,000 | $415,000 |

# Map of Properties



| Map No. | MLS# | Address | City/State/Zip | Price |
|---|---|---|---|---|
| 1 | 200908313 | 5020 EDGEWOOD LN | Paradise CA 95969 | $499,000 |
| 2 | 200905213 | 4794 FOSTER RD | PARADISE CA 95969 | $829,000 |
| 3 | 200901621 | 13500 TAKARA RD | Chico CA 95928 | $795,000 |
| 4 | 200906662 | 240 MANN AVE | Berry Creek CA 95916 | $364,000 |
| 5 | 200905665 | 3494 CHEROKEE RD | OROVILLE CA 95965 | $415,000 |



advertisement

🖶 Send to Printer

———— advertisement ————

# 1999 Jeep Wrangler SE Sport Utility 2D

## BLUE BOOK® PRIVATE PARTY VALUE



| Condition | Value |
|-----------|-------|
| Excellent | $4,850 |
| Good | $4,325 |
| ✔ Fair | $3,700 |
| (Selected) | |

### Vehicle Highlights

**Mileage:** 150,000
**Engine:** 4-Cyl. 2.5 Liter
**Transmission:** 5 Speed Manual
**Drivetrain:** 4WD

### Selected Equipment

**Standard**

| Power Steering | AM/FM Stereo | Dual Front Air Bags |
|----------------|--------------|---------------------|

advertisement

### Jeep Wrangler



| Internet Price | Build & Price |
|----------------|---------------|
| Incentives | View Inventory |
| Get a Brochure | Find a Dealer |

Presented by: **Jeep.**

## Blue Book Private Party Value

Kelley Blue Book Private Party Value is the amount a buyer can expect to pay when buying a used car from a private party. The Private Party Value assumes the vehicle is sold "As Is" and carries no warranty (other than any remaining factory warranty). The final sale price may vary depending on the vehicle's actual condition and local market conditions. This value may also be used to derive Fair Market Value for insurance and vehicle donation purposes.

### Vehicle Condition Ratings

**Excellent**
🔲🔲🔲🔲🔲          $4,850
- Looks new, is in excellent mechanical condition and needs no reconditioning.

Close Window

5/3/2010 8:14 AM

- Never had any paint or body work and is free of rust.
- Clean title history and will pass a smog and safety inspection.
- Engine compartment is clean, with no fluid leaks and is free of any wear or visible defects.
- Complete and verifiable service records.

Less than 5% of all used vehicles fall into this category.

## Good
$4,325
- Free of any major defects.
- Clean title history, the paints, body, and interior have only minor (if any) blemishes, and there are no major mechanical problems.
- Little or no rust on this vehicle.
- Tires match and have substantial tread wear left.
- A "good" vehicle will need some reconditioning to be sold at retail.

Most consumer owned vehicles fall into this category.

## ✔ Fair (Selected)
$3,700
- Some mechanical or cosmetic defects and needs servicing but is still in reasonable running condition.
- Clean title history, the paint, body and/or interior need work performed by a professional.
- Tires may need to be replaced.
- There may be some repairable rust damage.

## Poor
N/A
- Severe mechanical and/or cosmetic defects and is in poor running condition.
- May have problems that cannot be readily fixed such as a damaged frame or a rusted-through body.
- Branded title (salvage, flood, etc.) or unsubstantiated mileage.

Kelley Blue Book does not attempt to report a value on a "poor" vehicle because the value of these vehicles varies greatly. A vehicle in poor condition may require an independent appraisal to determine its value.

* California 5/3/2010



advertisement



🖨 Send to Printer

## 2002 Toyota Avalon XL Sedan 4D

### BLUE BOOK® PRIVATE PARTY VALUE



| Condition | Value |
|-----------|-------|
| Excellent | $7,185 |
| Good | $6,610 |
| ✓ Fair | $5,860 |
| (Selected) | |

---

### Vehicle Highlights

**Mileage:** 100,000
**Engine:** V6 3.0 Liter
**Transmission:** Automatic
**Drivetrain:** FWD

### Selected Equipment

**Standard**

| | | |
|---|---|---|
| Air Conditioning | Tilt Wheel | Single Compact Disc |
| Power Steering | Cruise Control | Dual Front Air Bags |
| Power Windows | AM/FM Stereo | Front Side Air Bags |
| Power Door Locks | Cassette | ABS (4-Wheel) |

---

### Blue Book Private Party Value

Kelley Blue Book Private Party Value is the amount a buyer can expect to pay when buying a used car from a private party. The Private Party Value assumes the vehicle is sold "As Is" and carries no warranty (other than any remaining factory warranty). The final sale price may vary depending on the vehicle's actual condition and local market conditions. This value may also be used to derive Fair Market Value for insurance and vehicle donation purposes.

### Vehicle Condition Ratings

**Excellent**

□□□□□                                             $7,185

- Looks new, is in excellent mechanical condition and needs no reconditioning.
- Never had any paint or body work and is free of rust.
- Clean title history and will pass a smog and safety inspection.
- Engine compartment is clean, with no fluid leaks and is free of any wear or visible defects.
- Complete and verifiable service records.

Less than 5% of all used vehicles fall into this category.

**Good**

□□□□□                                             $6,610

- Free of any major defects.

advertisement



Infiniti M®

Unbridled power.
Unparalleled refinement.

$639 mo. /36 mo.

INFINITI.

Close Window

- Clean title history, the paints, body, and interior have only minor (if any) blemishes, and there are no major mechanical problems.
- Little or no rust on this vehicle.
- Tires match and have substantial tread wear left.
- A "good" vehicle will need some reconditioning to be sold at retail.

Most consumer owned vehicles fall into this category.

✔ **Fair** (Selected)                                    **$5,860**

- Some mechanical or cosmetic defects and needs servicing but is still in reasonable running condition.
- Clean title history, the paint, body and/or interior need work performed by a professional.
- Tires may need to be replaced.
- There may be some repairable rust damage.

**Poor**                                                   **N/A**

- Severe mechanical and/or cosmetic defects and is in poor running condition.
- May have problems that cannot be readily fixed such as a damaged frame or a rusted-through body.
- Branded title (salvage, flood, etc.) or unsubstantiated mileage.

Kelley Blue Book does not attempt to report a value on a "poor" vehicle because the value of these vehicles varies greatly. A vehicle in poor condition may require an independent appraisal to determine its value.

* California 5/3/2010



advertisement



**2010 GMC SIERRA 1500**
NO OTHER COMPETITOR OFFERS OVER 300 HP
WITH OVER 20 HIGHWAY MILES PER GALLON.*

* Based on the 2009 GM Large Pickup segment. Excludes other GM vehicles. EPA est. HWY: Sierra XFE 22 MPG/Sierra Hybrid 22 MPG/Sierra 1500 with 6.3L V8 21 MPG.



LEARN MORE ▶

SHOP GMC ▶

LOCATE DEALER ▶



Send to Printer

# 1990 Ford F150 Short Bed

————— advertisement —————

## BLUE BOOK® PRIVATE PARTY VALUE



| Condition | Value |
|-----------|-------|
| **Excellent** | **$2,265** |
| **Good** | **$1,990** |
| ✔ **Fair** | **$1,640** |
| (Selected) | |

---

### Vehicle Highlights

**Mileage:** 200,000
**Engine:** V8 5.0 Liter
**Transmission:** Automatic
**Drivetrain:** 4WD

### Selected Equipment

**Standard**

| | |
|---|---|
| Custom | Power Steering |
| Air Conditioning | AM/FM Stereo |

---

## Blue Book Private Party Value

Kelley Blue Book Private Party Value is the amount a buyer can expect to pay when buying a used car from a private party. The Private Party Value assumes the vehicle is sold "As Is" and carries no warranty (other than any remaining factory warranty). The final sale price may vary depending on the vehicle's actual condition and local market conditions. This value may also be used to derive Fair Market Value for insurance and vehicle donation purposes.

### Vehicle Condition Ratings

#### Excellent                                                      **$2,265**

- Looks new, is in excellent mechanical condition and needs no reconditioning.
- Never had any paint or body work and is free of rust.
- Clean title history and will pass a smog and safety inspection.
- Engine compartment is clean, with no fluid leaks and is free of any wear or visible defects.
- Complete and verifiable service records.

Less than 5% of all used vehicles fall into this category.

#### Good                                                          **$1,990**

- Free of any major defects.
- Clean title history, the paints, body, and interior have only minor (if any) blemishes, and there are no major mechanical problems.

advertisement



- Little or no rust on this vehicle.
- Tires match and have substantial tread wear left.
- A "good" vehicle will need some reconditioning to be sold at retail.

Most consumer owned vehicles fall into this category.

✔ **Fair** (Selected)      **$1,640**

- Some mechanical or cosmetic defects and needs servicing but is still in reasonable running condition.
- Clean title history, the paint, body and/or interior need work performed by a professional.
- Tires may need to be replaced.
- There may be some repairable rust damage.

**Poor**      **N/A**

- Severe mechanical and/or cosmetic defects and is in poor running condition.
- May have problems that cannot be readily fixed such as a damaged frame or a rusted-through body.
- Branded title (salvage, flood, etc.) or unsubstantiated mileage.

Kelley Blue Book does not attempt to report a value on a "poor" vehicle because the value of these vehicles varies greatly. A vehicle in poor condition may require an independent appraisal to determine its value.

* California 5/3/2010

Close Window